**No. 12-5310 (consolidated with No. 12-5311)**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL MINING ASSOCIATION, *et al.*,

                                                                       Plaintiff-Appellees,

v.

LISA P. JACKSON, in her official capacity as Administrator,
U.S. Environmental Protection Agency, *et al.*

                                                                         Defendant-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

### RULE 26.1 DISCLOSURE STATEMENT OF PLAINTIFF-APPELLEE NATIONAL MINING ASSOCIATION

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rules 26.1 and 12(f), Plaintiff-Appellee National Mining Association ("NMA") hereby declares that it has no parent companies, and no publicly-held company has a 10% or greater ownership interest in NMA. NMA is a "trade association" within the meaning of Circuit Rule 26.1(b).

> Respectfully submitted,
>
> /s/ Kirsten L. Nathanson
> Kirsten L. Nathanson
> John C. Martin
> David Y. Chung
> CROWELL & MORING LLP
> 1001 Pennsylvania Ave., N.W.
> Washington, DC 20004
> Telephone: (202) 624-2500
> Facsimile: (202) 628-5116
>
> *Of Counsel*:
> Katie Sweeney
> NATIONAL MINING ASSOCIATION
> 101 Constitution Avenue, N.W.
> Washington, DC 20001
> (202) 463-2600
>
> *Attorneys for Plaintiff-Appellee National Mining Association*

Dated: November 14, 2012

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Rule 26.1 Disclosure Statement has been served via the Court's ECF system upon all registered counsel this 14th day of November, 2012.

                                          /s/ David Y. Chung
                                          David Y. Chung