# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 12-5310**  September Term, 2012

1:10-cv-01220-RBW

**Filed On:** March 5, 2013

National Mining Association, et al.,

    Appellees

    v.

Lisa Perez Jackson, sued in her official capacity, Administrator, U.S. Environmental Protection Agency, et al.,

    Appellants

Hazard Coal Corporation, In Case No.: 11-cv-447 RBW, et al.,

    Appellees

------------------------------

Consolidated with 12-5311

**BEFORE:** Henderson, Griffith, and Kavanaugh, Circuit Judges

# O R D E R

Upon consideration of the joint proposal for briefing schedule and word limitations, it is

**ORDERED** that the following briefing schedule and format apply in these consolidated cases:

| | |
|---|---|
| Brief for Federal Appellants (not to exceed 14,000 words) | April 15, 2013 |
| Brief for Environmental Appellants (not to exceed 7,000 words) | May 6, 2013 |

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-5310**                                             **September Term, 2012**

| | |
|---|---|
| Brief for Industry Appellees (not to exceed 10,000 words) | June 24, 2013 |
| Brief for Governmental Appellees (not to exceed 10,000 words) | July 15, 2013 |
| Reply Brief for Federal Appellants (not to exceed 7,000 words) | August 5, 2013 |
| Reply Brief for Environmental Appellants (not to exceed 3,500 words) | August 19, 2013 |
| Deferred Appendix | August 23, 2013 |
| Final Briefs | August 30, 2013 |

The parties will be notified by separate order of the oral argument date and composition of the merits panel.

    Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**