# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 12-5310** | **September Term, 2012** |
| | 1:10-cv-01220-RBW |
| | Filed On: August 27, 2013 [1453658] |

National Mining Association, et al.,

      Appellees

    v.

Gina McCarthy, sued in her official capacity, Administrator, U.S. Environmental Protection Agency, et al.,

      Appellants

Hazard Coal Corporation, In Case No.: 11-cv-447 RBW, et al.,

      Appellees

------------------------------

Consolidated with 12-5311

## O R D E R

    It is **ORDERED**, on the court's own motion, that the deadline for the submission of final briefs in these cases be suspended pending disposition of the government appellees' motion for leave to correct error in brief.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                    BY:    /s/
                                                      Mark A. Butler
                                                      Deputy Clerk